THE STATE OF OHIO, APPELLEE, *v.* HEFT, APPELLANT.

[Cite as *State v. Heft,* **130 Ohio St.3d 270, 2011-Ohio-5714.**]

*Court of appeals' judgment affirmed on the authority of* State v. Lester.

(No. 2010-1228—Submitted November 1, 2011—Decided

November 9, 2011.)

APPEAL from the Court of Appeals for Logan County, No. 8-10-05.

_____

{¶ 1}   The judgment of the court of appeals is affirmed on the authority of *State v. Lester*, 130 Ohio St.3d 303, 2011-Ohio-5204, 958 N.E.2d 142.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, CUPP, and MCGEE BROWN, JJ., concur.

LANZINGER, J., dissents.

_____

William T. Goslee, Logan County Prosecuting Attorney, and Daniel LaRoche, Assistant Prosecuting Attorney, for appellee.

Brian L. Heft, pro se.

_____